IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 13 |
| SHERONTA L. JOHNSON | ) | |
| | ) | No. 14-30682 |
| Debtor. | ) | |

APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT

COME NOW the Law Offices of Mueller & Haller, LLC, attorneys, (hereinafter TBC) and for their Application for Approval of Compensation and Reimbursements for the period from February 21, 2014 through September 19, 2014, states as follows:

1. That on February 21, 2014, the Debtor and TBC executed an attorney client representation agreement. This agreement establishes the attorney's fees to be charged to Debtor as a flat fee of $4,000.00. Under this attorney client representation agreement, any additional non-base fees charged by TBC would be billed under the hourly billing system, the time of the attorney and the staff will be recorded and billed in increments of one-tenth (.10) of the hour. The hourly attorney's fee is $250.00.

2. Subsequent to the date of the execution of the agreement and the filing of this bankruptcy, TBC performed services for the Debtor.

3. On April 25, 2014, the Debtor's bankruptcy was filed.

4. Subsequent to the filing of the Bankruptcy, TBC performed further services for the Debtor.

5. This Application for Approval of Chapter 13 Attorney Fees is in the amount of $2,302.50 for services rendered and for expenses and advances for the period from February 21, 2014 through September 19, 2014.

6. Attached to this Application as "Exhibit A" is an itemization of the time expended and costs incurred in this case for the period set forth above.

7. Applicant believes that the costs of services rendered and expenses are reasonable

and necessary.

8. Attached hereto as "Exhibit B" is a Narrative of the services rendered in the above cause of action.

9. On July 17, 2014, Attorney J.D. Graham entered his entry of appearance in Debtor's case.

10. Counsel acknowledges receipt of attorney fees of $18.00 pre-petition and $0.00 post-petition for a total of $18.00.

11. Counsel requests that the Trustee disburse payments on our Application for Approval of Chapter 13 Attorney Fees above this amount.

WHEREFORE, Applicant requests that this Court approve compensation as a Chapter 13 administrative expense claim in the amount of $2,302.50 for services rendered for a total of $2,302.50 for the period from February 21, 2014 through September 19, 2014

/s/ William A. Mueller
William A. Mueller #06187732
James J. Haller-#06226796
Michael K. Read-#06238993
Attorneys for Debtor(s)
5312 West Main Street
Belleville, IL 62226
(618) 236-7000

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 2/21/2014 | MKR | IC Appointment-review initial intake with client - Drafted plan | 1 | $ 250.00 | $ - | Clerk | $ 25.00 |
| 2/24/2014 | Clerk | Scanning in and organization of initial intake documents | 0.2 | $ 25.00 | $ 5.00 | | |
| 3/31/2014 | MKR | LTC-Follow-up on IC Appointment (30 day post) | 0.1 | $ 25.00 | $ 2.50 | | |
| 4/8/2014 | MKR | Telephone with client addressing concerns client had in regards to her vehicle getting repoed | 0.2 | $ 250.00 | $ 50.00 | | |
| 4/21/2014 | MKR | Telephone call with client - vehicle was repoed - explained that we had 21 days to get vehicle back and went over the docuements that she stilled to bring in at signing - set signing appointment | 0.3 | $ 250.00 | $ 75.00 | Paralegal | $ 75.00 |
| 4/22/2014 | Clerk | Scanning of taxes, paystubs, bank statements into system after redaction.  Calculation of income, typing of petition and plan, Westlaw search, pacer search (Filed Case) | 1.5 | $ 25.00 | $ 37.50 | MKR | $ 250.00 |
| 4/24/2014 | MKR | Review proposed petition and plan page by page for the signing appointment. Corrected all typo's and re-worked the B22C to insure it was accurate. Verified that the 6-month income calculation was accurate and reviewed the budget and disposable income. | 1 | $ 250.00 | $ 250.00 | JJH | $ 250.00 |

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| 4/25/2014 | MKR | Signing appointment with Client-reviewed all acknowledgments-audit, general reminders, rights and responsibilities, what to do with creditors, taxes filed, why a chapter 13, summary. Went through asset report and discussed credit report and rebuilding credit. Went through the petition with client page by page, looking for potential issues. On Schedule B verify all accounts were listed and verify bank account balances as listed on ATM statements. Went through the plan in detail. Went through budget, and made necessary changes. Had client sign where necessary and initial every page. Answered additional questions from client. | 1.2 | $ 250.00 | $ 300.00 | | |
| 4/25/2014 | Clerk | Preparation of file prior to filing to insure all documents are in file, file case, insert case information into TM (Filed Case) | 0.4 | $ 25.00 | $ 10.00 | | |
| 4/25/2014 | Paralegal | Telephone call to Santander in regards to the repoed vehicle - explained proof of filing and insurance was faxed over to them | 0.2 | $ 25.00 | $ 5.00 | | |
| 4/25/2014 | Paralegal | Telephone call to client regarding repoed vehicle letting her know she was able to pick up vehicle | 0.1 | $ 25.00 | $ 2.50 | RAH | $ 250.00 |
| 4/28/2014 | Paralegal | Telephone call from client regarding adding new bills to bankruptcy | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/1/2014 | Clerk | Reviewed new bills brought in by client post-petition to be added to bankruptcy and amended schedule F | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/1/2014 | Clerk | Telephone call to client regarding the Amended Schedule F - letting her know she needed to come in and sign documents | 0.1 | $ 25.00 | $ 2.50 | | |

EXHIBIT A

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| 5/2/2014 | Clerk | Prepared and filed amended schedule F and sent proof of filing to Ameren. | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/14/2014 | Clerk | Review documents for preparation of emailing them to the Trustee (paystubs & tax returns) | 0.2 | $ 25.00 | $ 5.00 | | |
| 5/14/2014 | Clerk | Prepared and sent letters to client regarding 341 meeting, 2013 taxes and finacial management course | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/14/2014 | Paralegal | Review of Proof of Claim #4 | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/19/2014 | Paralegal | Revie of Proof of Claim #5 | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/22/2014 | Clerk | Telephone call to client letting her know we still have not received her 2013 taxes and reminding her that her 341 meeting was scheduled for 5/28/2014 | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/27/2014 | Clerk | Telephone call to client regarding email she sent - explained to her the email was unable to be opened and she needed to resend it | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/28/2014 | JJH | Review file for 341 Meeting, Attended 341 Meeting - Client did not appear, rescheduled 341; 2 creditors appeared and discussed relevant issues with them | 0.6 | $ 250.00 | $ 150.00 | | |
| 5/29/2014 | Clerk | Letter to Client regarding rescheduled 341 | 0.1 | $ 25.00 | $ 2.50 | | |
| 6/3/2014 | Paralegal | Telephone call from client regarding bankruptcy payments coming our of her check - she wanted to know how much was supposed to be coming out of each check | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/6/2014 | RAH | Telephone call to creditor Aaron's explaining to them how we have them being paid in plan | 0.1 | $ 250.00 | $ 25.00 | | |
| 6/6/2014 | RAH | Telephone call to creditor Acceptance Now - letting them know they need to file a proof of claim if they wanted to be paid | 0.1 | $ 250.00 | $ 25.00 | | |

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| 6/12/2014 | Paralegal | Review of Proof of Claim #6 | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/19/2014 | Clerk | Telephone call to client regarding 2013 taxes and explaining this is her 2nd 341 and the trustee may dismiss her case | 0.1 | $ 25.00 | $ 2.50 | | |
| 6/20/2014 | Paralegal | Telephone call from client regarding damage done to her car and let her know that there would be a car packet ready for her to pick up | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/20/2014 | MKR | Returned telephone call to client to discuss her vehicle situation and went through optioins with her regarding surrending her vehicle and getting permission to purchase new car | 0.4 | $ 250.00 | $ 100.00 | | |
| 6/20/2014 | MKR | Telephone call from client who indicated she wanted to stay in her CH13 and surrender her vehicle and get permission from Trustee to purchase a new one | 0.3 | $ 250.00 | $ 75.00 | | |
| 6/20/2014 | Clerk | Letter sent to client regarding bills not in bankruptcy and needing to pay to add | 0.1 | $ 25.00 | $ 2.50 | | |
| 6/24/2014 | MKR | Review of paperwork brought in for purchase of new vehicle | 0.6 | $ 250.00 | $ 150.00 | | |
| 6/24/2014 | MKR | Telephone call to client, left message explaining to her that the trustee would probably not approve the purchase of the vehicle she picked out because the amount being financed and that she needed to find a vehicle that she could finance for under $14,000 | 0.2 | $ 250.00 | $ 50.00 | | |

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| 6/24/2014 | MKR | Reviewed the paystubs client dropped off at office and returned her telephone call. Explained to client that the trustee would not approve the purchase of the vehicle she picked because it exceeds the limit of $14,000.00 | 0.7 | $ 250.00 | $ 175.00 | | |
| 6/25/2014 | Paralegal | Telephone call from client stating that she went to wrong courthouse and was on her way to 341 and also let us know that she still didn't have her 2013 IL taxes | 0.2 | $ 75.00 | $ 15.00 | | |
| 6/26/2014 | JJH | 341 Meeting - Review of file, discussion with client prior to 341 Meeting, 341 continued due to lack of 2013 State Tax Return | 0.4 | $ 250.00 | $ 100.00 | | |
| 6/26/2014 | Clerk | Letter sent to client regarding second rescheduled 341 meeting | 0.1 | $ 25.00 | $ 2.50 | | |
| 7/7/2014 | Paralegal | Review of Proof of Claim #7 | 0.1 | $ 75.00 | $ 7.50 | | |
| 9/2/2014 | MKR | Review of Plan and cure payment options - called client concern her deliquent plan payments and explained to her that her plan payment would go up and that she needed to make sure her Septmeber payment was paid to the Trustee on time either by her or her employer | 0.5 | $ 250.00 | $ 125.00 | | |
| 9/3/2014 | Paralegal | Review, Calculate and draft Amended Plan 1 for TPI Cure | 0.5 | $75.00 | $37.50 | | |
| 9/3/2014 | MKR | Telephone call to client after review of amended plan letting her know that because of her Aaron's rental and flat screen tv that her plan payment went up to $560.59/month | 0.3 | $250.00 | $75.00 | | |

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| 9/3/2014 | Clerk | Telephone call to client explaining to her that her 3rd rescheduled 341 meeting was set for 9/10/2014 and that we still haven't received her 2013 IL taxes and explained to her that if she did not submit them her case would be dismissed | 0.2 | $25.00 | $5.00 | | |
| 9/8/2014 | Paralegal | Telephone call from client stating she would not be able to attend her 3rd 341 meeting because of starting new job explained to her that we needed a note from her employer stating her job would be in jeopardy if she missed work and we would submit it to the Trustee. Also explained to her that we still did not have her 2013 taxes | 0.2 | $ 75.00 | $ 15.00 | | |
| 9/8/2014 | Paralegal | Review of fax sent over from client's employer in regards to 341 meeting scheduled for 9/10/2014 stating client could not miss work | 0.1 | $ 75.00 | $ 7.50 | | |
| 9/9/2014 | Paralegal | Left message letting her know that the trustee was not going to reschedule her 341 meeting again because they still had not received her 2013 taxes | 0.1 | $ 75.00 | $ 7.50 | | |
| 9/10/2014 | JJH | 341 Meeting - Attended 341 Meeting, discussed case with Trustee including her good faith reson for her absence (Job Related) | 0.2 | $ 250.00 | $ 50.00 | | |

EXHIBIT A

| | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | Initials | Hourly |
|---|---|---|---|---|---|---|---|
| 9/16/2014 | MKR | Left message for client letting her know that since the trustee had not received her 2013 taxes that they would be filing a motion to dismiss and would not be rescheduling her 341 meeting. Explained to her that she would need to refile her CH13 ASAP to keep her vehicle from be repoed and let her know what the cost to refile would be | 0.3 | $ 250.00 | $ 75.00 | | |
| 9/18/2014 | MKR | Received telephone call from client to discuss why the court would not reschedule the 3rd 341 meeting. Explained to her that they had not received her 2013 IL Taxes or transcript from her and that she would have to file her taxes and get current with payments to avoid being dismissed. She stated that the amount needed to be caught up was too high and that she was going to "shop around" to see if someone could refile her for less | 0.7 | $ 250.00 | $ 175.00 | | |
| 9/19/2014 | JJH | Email from JD Graham Re: substitution of counsel - review of recent case activities, responded to email | 0.2 | $ 250.00 | $ 50.00 | | |
| | TOTALS | | 15 | | $ 2,302.50 | | |

**EXHIBIT "B"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| SHERONTA L. JOHNSON, | ) | CHAPTER 13 |
| | ) | |
| | ) | BK 14-30682 |
| | ) | |
| Debtor. | ) | |

## NARRATIVE

Counsel for Debtor has completed the following work for the period set forth in the attached Application.

1.  Completed Schedules and Statements of Financial Affairs filed in the United States Bankruptcy Court.

2.  Court appearances on behalf of the Debtor for 341 Meetings.

3.  Facilitated compliance with U.S. Trustee.

4.  Preparation and negotiation of disclosure statement and plan of reorganization.

Dated:  10/7/2014

/s/  William Mueller