# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| SHERONTA LAKEA JOHNSON, | ) | |
| | ) | BK    14-30682 |
| Debtor. | ) | |
| | ) | |

### AGREED ORDER

This matter comes before the Court on the Application for Approval of Compensation and Reimbursement filed by The Law Offices of Mueller and Haller LLC, and on the Trustee's Response to Application for Compensation, and the Debtor's Objection to Application for Compensation filed by her counsel J.D. Graham, PC.  The parties being in agreement, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is granted and The Law Offices of Mueller and Haller LLC is allowed an administrative expense claim in the amount of $2,302.50 for services rendered to the Debtor from February 21, 2014 through September 19, 2014.  The Trustee is directed to pay this administrative expense pursuant to the standard plan.

2. J.D. Graham, P.C. is allowed a flat attorney's fee of $4,000.00 for services to the Debtor during the balance of this case.

3. Debtor shall file an amended plan within 30 days of the entry of this order to increase the plan base by $2,302.50.  The additional amount being paid for attorney's fees in this case shall not reduce any sums to be paid to creditors.

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

Agreed to:

| /s/ James J. Haller | /s/ J.D. Graham | /s/ Russell Simon |
|---|---|---|
| Attorney for | Attorney for Debtor | Chapter 13 Trustee |
| The Law Offices of | | |
| Mueller and Haller LLC | | |

/s/ Sheronta Johnson
Debtor

ENTERED: February 2, 2015

_____
/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE